# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-261

| | |
|---|---|
| JOHN BARNES, individually on behalf of himself, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, in her official Capacity as Commissioner of the Social Security Administration, and THE SOCIAL SECURITY ADMINISTRATION<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court on Scott Harris' Application for Admission to Practice *Pro Hac Vice* of Jonathan Bruce. It appearing that Jonathan Bruce is a member in good standing with the State Bars of Kentucky, Indiana and Ohio and will be appearing with Scott Harris, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Scott Harris' Application for Admission to Practice Pro Hac Vice (#3) of Jonathan Bruce is **GRANTED**, and

that Jonathan Bruce is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Scott Harris.

Signed: November 25, 2015

Dennis L. Howell
United States Magistrate Judge